UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LUAY D.F. AILABOUNI, M.D., STATE OF ILLINOIS *ex rel.* LUAY D.F. AILABOUNI, M.D., AND . LUAY D.F. AILABOUNI, M.D., individually<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE HEALTH AND HOSPITALS CORPORATION, ADVOCATE CHRIST HOSPITAL AND MEDICAL CENTER, ADVOCATE HEALTH CARE NETWORK ADVOCATE MEDICAL GROUP, GEORGE F. MESLEH M.D., RODNEY H. THILL, M.D., WILLIAM M. HOPKINS, M.D., CARDIOTHORACIC & VASCULAR SURGERY ASSOCIATES, DEAN M. GOVASTIS, M.D., MARTIN I. ELLENBY, M.D., PAUL J. GORDON, M.D., and SAMMI NAWAS, M.D.,<br><br>Defendants. | No. 13 C 1826<br><br>Chief Judge Castillo<br><br>**Filed *In Camera* and Under Seal** |

## ORDER

This matter coming before the court on the United States' and State of Illinois' Notice of Election to Decline Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(2)(A), and the Illinois False Claims Act, 740 ILCS 175/4 (b)(2) and (4), and the court being fully informed, it is hereby

ORDERED that:

1. the seal be lifted on the complaint, this order, and the United States' and State of Illinois' notice of election to decline intervention, which the relator will serve upon the defendants;

2. all other contents of the court's file in this action remain under seal and not be made public or served upon the defendants; and

3. the parties shall serve upon the United States and State of Illinois all pleadings and motions filed in this action, including supporting memoranda, as provided for in 31 U.S.C. § 3730 (c)(3) and 740 ILCS 175/4 (c)(3). The United States or State of Illinois may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States or State of Illinois before ruling or granting its approval.

ENTER:

Chief Judge Rubén Castillo

Dated: August 9, 2016